GEORGE A. EVALENKO, Respondent, *v.* ROBERT M. CATTS, Appellant.

*Bills, notes and checks — pleading — action to recover upon promissory note — sham defense.*

*Evalenko* v. *Catts*, 215 App. Div. 805, affirmed.

(Argued October 1, 1926; decided October 19, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 23, 1926, unanimously affirming a judgment in favor of plaintiff entered upon an order of Special Term granting a motion to strike out the answer and for summary judgment. The action was to recover upon a promissory note. The answer set up as a defense payment of the note and also a counterclaim based on an agreement alleged to have been made between the parties subsequent to the date of the said note whereby it was claimed that the defendant paid or caused to be paid at the special instance and request of the plaintiff the sum of $232,237.07, leaving a balance due the defendant, after deducting the amount of the note, of $127,006.37, for which an affirmative judgment was demanded. This defense the trial court held to be sham.

*Charles R. Coulter* and *Arnold L. Davis* for appellant.

*Reuben Tally* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., MCLAUGHLIN and ANDREWS, JJ.

---

HELEN G. RUSSELL, Respondent, *v.* PAUL RECKER, Appellant.

*Negligence — motor vehicles — action for injuries occasioned by collision between two automobiles at street intersection.*

*Russell* v. *Recker*, 216 App. Div. 767, affirmed.

(Argued October 1, 1926; decided October 19, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,